No. 10–5559.  BLEVINS v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–5560.  BROWN v. MILLS, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 10–5561.  BEY v. I. B. E. W. LOCAL UNION #3 UNION REPRESENTATIVES ET AL.  C. A. 2d Cir.  Certiorari denied.  █

No. 10–5562.  BROWN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–5563.  SINGLETON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–5564.  QUINONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–5565.  DEVEAU v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 10–5568.  SALTER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–5570.  CROSS v. BENEDETTI, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–5573.  PRICE v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 10–5576.  MCNEIL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–5577.  VARELA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–5578.  VELASQUEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–5579.  VILLARREAL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–5580.  WHITE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.